IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| **COAKLEY, JOHN ANTHONY** | * | |
| | * | |
| **Plaintiff** | * | |
| | * | |
| v. | * | Case No. 3:06CV00208 WRW/JFF |
| | * | |
| **PAULETTE ARNOLD,** *et al.*, | * | |
| | * | |
| **Defendants** | * | |

### ORDER

The plaintiff filed a motion for leave to proceed *in forma pauperis* on November 16, 2006 (docket entry #1). It has come to the Court's attention that the plaintiff is no longer incarcerated at the Poinsett County Detention Center. When a plaintiff requesting to proceed *in forma pauperis* is released from confinement, it is the Court's policy to require the plaintiff to submit information regarding their financial status to determine whether the plaintiff should be required to pay all, or a portion of, the fees and costs of the lawsuit. Therefore, if the plaintiff wishes to proceed with this lawsuit, he is directed to resubmit his request to proceed *in forma pauperis* to the Court within thirty (30) days of entry of this Order. Failure to comply with this Order will result in dismissal of the action pursuant to Local Rule 5.5(c)(2).

IT IS THEREFORE ORDERED that the Clerk is directed to send Plaintiff an Application to Proceed *In Forma Pauperis*, along with a copy of this Order.

DATED this 28th day of December, 2006.

/s/ John F. Forster, Jr.
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT