IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOHN ANTHONY COAKLEY                                                          PLAINTIFF

V.                                    3:06CV00208 WRW-BD

PAULETTE ARNOLD *et al.*                                                     DEFENDANTS

## **ORDER**

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed any objections. After careful review of the Recommended Disposition, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, the Amended Complaint (# 3) is DISMISSED without prejudice and the motion for leave to proceed *in forma pauperis* (# 1) is DENIED as moot.

IT IS SO ORDERED this 27th day of February, 2007.


/s/Wm. R. Wilson, Jr.
UNITE  STATES DISTRICT JUDGE