IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOHN ANTHONY COAKLEY                                                                      PLAINTIFF

V.                                   3:06CV00208 WRW-BD

PAULETTE ARNOLD *et al.*                                                                  DEFENDANTS

## **JUDGEMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE under Federal Rule of Civil Procedure 41(a)(2).

IT IS SO ORDERED 27th day of February, 2007.


/s/Wm. R. Wilson, Jr.
UNITE  STATES DISTRICT JUDGE

1